[No. 17509-6-II.    Division Two.    February 23, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA ALLEN DALE CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-00783-5, Thomas A. Swayze, Jr., J., entered September 2, 1993. *Affirmed* by unpublished opinion per Mor-

gan, J., concurred in by Bridgewater, J., and Worswick, J. Pro Tem.